UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
April 30, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG. 08-0145 DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| OSIEL BETANCUR, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release OSIEL BETANCUR, Case No. MAG. 08-0145 DAD, Charge Title 21 USC § 846; 841, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

X Bail Posted in the Sum of $ 150,000°° *to be secured by vehicle of Mr. Ariel*

X Unsecured Appearance Bond *in amount of $110,000°° co-signed by defendant & Mr. Perez.*

__ Appearance Bond with 10% Deposit

__ Appearance Bond with Surety

__ Corporate Surety Bail Bond

X (Other)   *Pretrial Services Supervision of conditions of release.*

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on April 30, 2008 at 3:55 pm.

By _____/s/ Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge